# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:16CR53 |
| Plaintiff, ) | |
| ) | O R D E R |
| -vs- ) | |
| SHANE A. GRINVALDS, ) | |
| Defendant. ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Edward M. Fox, II, as a Criminal Justice Act Training Panel Member, to assist in the defense of Shane A. Grinvalds.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Edward M. Fox, II is hereby assigned to assist AFPD Michael F. Maloney in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Edward M. Fox, II shall not be eligible to receive compensation for his services in this case.

AFPD Michael F. Maloney shall continue to be primary counsel on behalf of the Defendant, Shane A. Grinvalds.

Dated this 26th day of February, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge